AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ripple, Kenneth F. | Court of Appeals - 7th Circuit | 05/11/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Circuit Judge - Senior | ☐ Nomination. Date ___<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States Courthouse<br>204 South Main St., Room 208<br>South Bend, IN 46601-2122 | Reviewing Officer_____ _____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. See Section VIII, Part I | |
| 2. See Section VIII, Part I | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2009 | See Section VIII, Part II |
| 2. 2009 | See Section VIII, Part II |
| 3. | |

FINANCIAL DISCLOSURE OFFICE 2010 MAY 12 P 3: 32 RECEIVED

Ripple, Kenneth F.

| Name of Person Reporting | Date of Report |
|---|---|
| Ripple, Kenneth F. | 05/11/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | Part-time teaching - University of Notre Dame | $24,392.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ripple, Kenneth F. | 05/11/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. See Section VIII. Part V | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ripple, Kenneth F. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Key Bank, So. Bend, IN IRA - CD | A | Interest | J | T | | | | | |
| 2. Key Bank, So. Bend, IN IRA - CD | A | Interest | K | T | | | | | |
| 3. Dreyfus Fund - IRA (Dreyfus Liquid Assets, Inc.) | A | Dividend | K | T | | | | | |
| 4. Notre Dame FCU - Notre Dame, IN savings & checking account | A | Interest | K | T | | | | | |
| 5. U.S. Savings Bonds | | None | J | T | | | | | |
| 6. UND TIAA/CREF Retirement Fund | D | Int./Div. | O | T | | | | | |
| 7. Prudential Insurance Policy #1 | A | Dividend | K | T | | | | | |
| 8. Prudential Insurance Policy #2 | A | Dividend | J | T | | | | | |
| 9. Conseco Whole Life Insurance Policy #1 | | None | J | T | | | | | |
| 10. Conseco Whole Life Insurance Policy #2 | | None | J | T | | | | | |
| 11. MetLife Whole Life Insurance Policy | | None | J | T | | | | | |
| 12. Trust #5 | D | Int./Div. | N | T | | | | | |
| 13. - Goldman Sachs Fsq Tax Free Money | | | | | | | | | |
| 14. - Wasatch - 1st Source Income Eq Fd | | | | | | | | | |
| 15. - Dodge & Cox International Stock Fd | | | | | | | | | |
| 16. - Fidelity Contra Fund #022 | | | | | | | | | |
| 17. - Units in Intermediate Tax Exempt Fund of 1st Source Bank | | | | | | | | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ripple, Kenneth F. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - Units in Tax Exempt Fund of 1st Source Bank | | | | | | | | | |
| 19. - Morgan Stanley Instl Intl Eq-1 (X) | | | | | | | | | |
| 20. - New World Fd. - F2 (X) | | | | | | | | | |
| 21. - Goldman Sachs Fsq Tax Free Money | | | | | Sold (part) | 01/31/09 | J | | |
| 22. - Goldman Sachs Fsq Tax Free Money | | | | | Buy (add'l) | 01/31/09 | J | | |
| 23. - Fidelity Contra Fund #022 | | | | | Buy (add'l) | 02/17/09 | J | | |
| 24. - Goldman Sachs Fsq Tax Free Money | | | | | Sold (part) | 02/28/09 | J | | |
| 25. - Goldman Sachs Fsq Tax Free Money | | | | | Buy (add'l) | 02/28/09 | J | | |
| 26. - Dodge & Cox Stock Fund | | | | | Buy (add'l) | 03/27/09 | J | | |
| 27. - Goldman Sachs Fsq Tax Free Money | | | | | Buy (add'l) | 03/31/09 | J | | |
| 28. - Goldman Sachs Fsq Tax Free Money | | | | | Sold (part) | 03/31/09 | J | | |
| 29. - Goldman Sachs Fsq Tax Free Money | | | | | Buy (add'l) | 04/30/09 | J | | |
| 30. - Goldman Sachs Fsq Tax Free Money | | | | | Sold (part) | 04/30/09 | J | | |
| 31. - Goldman Sachs Fsq Tax Free Money | | | | | Buy (add'l) | 05/31/09 | J | | |
| 32. - Goldman Sachs Fsq Tax Free Money | | | | | Sold (part) | 05/31/09 | J | | |
| 33. - Wasatch - 1st Source Income Eq Fd | | | | | Buy (add'l) | 06/22/09 | K | | |
| 34. - Morgan Stanley Instl Intl Eq-1 (X) | | | | | Buy | 06/23/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ripple, Kenneth F. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS — income. value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income. assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Dodge & Cox Stock Fund | | | | | Sold | 06/23/09 | K | | |
| 36. - Van Kampen Small Cap Growth - 1 (X) | | | | | Buy | 06/23/09 | J | | |
| 37. - Goldman Sachs Fsq Tax Free Money | | | | | Buy (add'l) | 06/30/09 | J | | |
| 38. - Goldman Sachs Fsq Tax Free Money | | | | | Sold (part) | 06/30/09 | K | | |
| 39. - Goldman Sachs Fsq Tax Free Money | | | | | Buy (add'l) | 07/31/09 | J | | |
| 40. - Goldman Sachs Fsq Tax Free Money | | | | | Sold (part) | 07/31/09 | J | | |
| 41. - Goldman Sachs Fsq Tax Free Money | | | | | Buy (add'l) | 08/31/09 | J | | |
| 42. - Goldman Sachs Fsq Tax Free Money | | | | | Sold (part) | 08/31/09 | J | | |
| 43. - Goldman Sachs Fsq Tax Free Money | | | | | Buy (add'l) | 09/30/09 | J | | |
| 44. - Goldman Sachs Fsq Tax Free Money | | | | | Sold (part) | 09/30/09 | J | | |
| 45. - Goldman Sachs Fsq Tax Free Money | | | | | Buy (add'l) | 10/31/09 | J | | |
| 46. - Goldman Sachs Fsq Tax Free Money | | | | | Sold (part) | 10/31/09 | J | | |
| 47. - New World Fd - F2 (X) | | | | | Buy | 11/20/09 | J | | |
| 48. - Van Kampen Small Cap Growth - 1 | | | | | Sold | 11/20/09 | J | B | |
| 49. - Goldman Sachs Fsq Tax Free Money | | | | | Buy (add'l) | 11/30/09 | J | | |
| 50. - Goldman Sachs Fsq Tax Free Money | | | | | Sold (part) | 11/30/09 | J | | |
| 51. - Fidelity Contra Fund #022 | | | | | Buy (add'l) | 12/21/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | F =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ripple, Kenneth F. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Morgan Stanley Instl Intl Eq-I | | | | | Buy (add'l) | 12/21/09 | J | | |
| 53. - Goldman Sachs Fsq Tax Free Money | | | | | Sold (part) | 12/21/09 | J | | |
| 54. - Dodge & Cox International Stock Fund | | | | | Buy (add'l) | 12/22/09 | J | | |
| 55. - New World Fd - F2 | | | | | Buy (add'l) | 12/28/09 | J | | |
| 56. - Goldman Sachs Fsq Tax Free Money | | | | | Buy (add'l) | 12/31/09 | J | | |
| 57. - Goldman Sachs Fsq Tax Free Money | | | | | Sold (part) | 12/31/09 | J | | |
| 58. Trust #6 | D | Int./Div. | N | T | | | | | |
| 59. - Goldman Sachs Fsq Tax Free Money | | | | | | | | | |
| 60. - Wasatch - 1st Source Income Eq Fd | | | | | | | | | |
| 61. - Dodge & Cox International Stock Fd | | | | | | | | | |
| 62. - Fidelity Contra Fund #022 | | | | | | | | | |
| 63. - Units in Intermediate Tax Exempt Fund of 1st Source Bank | | | | | | | | | |
| 64. - Units in Tax Exempt Fund of 1st Source Bank | | | | | | | | | |
| 65. - Morgan Stanley Instl Intl Eq-I (X) | | | | | | | | | |
| 66. - New World Fd - F2 (X) | | | | | | | | | |
| 67. - Goldman Sachs Fsq Tax Free Money | | | | | Sold (part) | 01/31/09 | J | | |
| 68. - Goldman Sachs Fsq Tax Free Money | | | | | Buy (add'l) | 01/31/09 | J | | |

| 1. Income Gain Codes, (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G = $100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ripple, Kenneth F. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children: see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Fidelity Contra Fund #022 | | | | | Buy (add'l) | 02/17/09 | J | | |
| 70. - Goldman Sachs Fsq Tax Free Money | | | | | Sold (part) | 02/28/09 | J | | |
| 71. - Goldman Sachs Fsq Tax Free Money | | | | | Buy (add'l) | 02/28/09 | J | | |
| 72. - Dodge & Cox Stock Fund | | | | | Buy (add'l) | 03/27/09 | J | | |
| 73. - Goldman Sachs Fsq Tax Free Money | | | | | Buy (add'l) | 03/31/09 | J | | |
| 74. - Goldman Sachs Fsq Tax Free Money | | | | | Sold (part) | 03/31/09 | J | | |
| 75. - Goldman Sachs Fsq Tax Free Money | | | | | Buy (add'l) | 04/30/09 | J | | |
| 76. - Goldman Sachs Fsq Tax Free Money | | | | | Sold (part) | 04/30/09 | J | | |
| 77. - Goldman Sachs Fsq Tax Free Money | | | | | Buy (add'l) | 05/31/09 | J | | |
| 78. - Goldman Sachs Fsq Tax Free Money | | | | | Sold (part) | 05/31/09 | J | | |
| 79. - Wasatch - 1st Source Income Eq Fd | | | | | Buy (add'l) | 06/22/09 | K | | |
| 80. - Morgan Stanley Instl Intl Eq-I (X) | | | | | Buy | 06/23/09 | J | | |
| 81. - Dodge & Cox Stock Fund | | | | | Sold | 06/23/09 | K | | |
| 82. - Van Kampen Small Cap Growth - I (X) | | | | | Buy | 06/23/09 | J | | |
| 83. - Goldman Sachs Fsq Tax Free Money | | | | | Buy (add'l) | 06/30/09 | J | | |
| 84. - Goldman Sachs Fsq Tax Free Money | | | | | Sold (part) | 06/30/09 | K | | |
| 85. - Goldman Sachs Fsq Tax Free Money | | | | | Buy (add'l) | 07/31/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ripple, Kenneth F. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

[ ] NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. - Goldman Sachs Fsq Tax Free Money | | | | | Sold (part) | 07/31/09 | J | | |
| 87. - Goldman Sachs Fsq Tax Free Money | | | | | Buy (add'l) | 08/31/09 | J | | |
| 88. - Goldman Sachs Fsq Tax Free Money | | | | | Sold (part) | 08/31/09 | J | | |
| 89. - Goldman Sachs Fsq Tax Free Money | | | | | Buy (add'l) | 09/30/09 | J | | |
| 90. - Goldman Sachs Fsq Tax Free Money | | | | | Sold (part) | 09/30/09 | J | | |
| 91. - Goldman Sachs Fsq Tax Free Money | | | | | Buy (add'l) | 10/31/09 | J | | |
| 92. - Goldman Sachs Fsq Tax Free Money | | | | | Sold (part) | 10/31/09 | J | | |
| 93. - New World Fd - F2 (X) | | | | | Buy | 11/20/09 | J | | |
| 94. - Van Kampen Small Cap Growth - I | | | | | Sold | 11/20/09 | J | B | |
| 95. - Goldman Sachs Fsq Tax Free Money | | | | | Buy (add'l) | 11/30/09 | J | | |
| 96. - Goldman Sachs Fsq Tax Free Money | | | | | Sold (part) | 11/30/09 | J | | |
| 97. - Fidelity Contra Fund #022 | | | | | Buy (add'l) | 12/21/09 | J | | |
| 98. - Morgan Stanley Instl Intl Eq-1 | | | | | Buy (add'l) | 12/21/09 | J | | |
| 99. - Goldman Sachs Fsq Tax Free Money | | | | | Sold (part) | 12/21/09 | J | | |
| 100. - Dodge & Cox International Stock Fund | | | | | Buy (add'l) | 12/22/09 | J | | |
| 101. - New World Fd - F2 | | | | | Buy (add'l) | 12/28/09 | J | | |
| 102. - Goldman Sachs Fsq Tax Free Money | | | | | Buy (add'l) | 12/31/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ripple, Kenneth F. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. - Goldman Sachs Fsq Tax Free Money | | | | | Sold (part) | 12/31/09 | J | | |
| 104. 1st Source Bank - Checking | A | Interest | J | T | | | | | |
| 105. Inova Federal Credit Union | A | Interest | J | T | | | | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ripple, Kenneth F. | 05/11/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

I.    Positions

Item No. 1. Part-time Professor of Law, University of Notre Dame (joined faculty in 1977; part-time since appointment to the Judiciary).

As a faculty member, Judge Ripple is entitled to purchase tickets at a discount for athletic events. He receives, on the same basis as other faculty members, a discount on some items at the University bookstore. He also may use other University facilities such as the library and athletic facilities. Notre Dame provides Judge Ripple with Westlaw and Lexis services for his academic needs. Judge Ripple had the approval of the Chief Circuit Judge for his teaching activities.

Item No. 2.      During the reporting period, Judge Ripple was a member of the visiting committee of the Divinity School of the University of Chicago. Members of the Visiting Committee simply give advice to the administration and faculty of the University. They have no authority in matters of university governance.

II.    Agreement

Item No. 1. TIAA/CREF Pension Fund - Prior to his appointment, Judge Ripple was a full-time employee of the University of Notre Dame. During those years (1977-1985), both he and the University contributed on his behalf to this nation-wide pension fund for University professors. The fund is administered by a board of trustees. Although Judge Ripple continues to teach at the University, neither he nor the University contributes to the fund as a part of this arrangement.

Item No. 2. Part-time professor, University of Notre Dame - Details are set forth above in Section VIII. I.

V.    Gifts

Copies of textbooks from author, Professor Vincent Johnson: $132.00

The American Judicature Society gives all federal judges a complimentary membership. Judge Ripple receives the Society's publication. Regular annual dues are $75.00

The Federal Bar Association gives all federal judges an honorary membership. There are no dues for honorary members. Judge Ripple receives the Association's publication Regular dues for a member in the public sector who is retired are $75.00.

Various bar associations and similar legal organizations have extended honorary memberships to Judge Ripple. He did not use these memberships during the reporting period. Details are therefore omitted in accordance with the instructions.

West Publishing Company supplies Judge Ripple with a sample set of the Federal Reporter and miscellaneous legal material for use in his chambers. The Company makes these books available to all federal judges. The estimated value of these materials is $2,494.81. This material is used for the performance of official duties.

Judge Ripple received sample text books for the courses that he teaches at the University of Notre Dame. These books were received under established programs through which publishers send such books to all professors and ask that the professors consider the books for classroom use. Judge Ripple receives these books under the same conditions as all other professors. Books were received from the following publishers (the value shown is estimated on the published retail price of the books):

Foundation Press - $198.00

LexisNexis/Matthew Bender - $50.00

VII. Investments and Trusts

Item Nos. 9, 10 & 11. No dividends or interest are attributable to any individual policy of this type. Each policy does have a cash value: that value is noted.

Item Nos. 13 - 57. These are all of the holdings, purchase, and sale transactions within Trust No. 5 (Item 12).

Item Nos. 59 - 103. These are all of the holdings, purchase, and sale transactions within Trust No. 6 (Item 58).

Item Nos. 19, 34, 65 & 80. Both Trust #5 and Trust #6 acquired interests in Morgan Stanley Instl Intl Eq - 1.

Item Nos. 35 & 81. Both Trust #5 and Trust #6 sold their entire interest in the Dodge & Cox Stock Fund.

Item Nos. 36 & 82. Both Trust #5 and Trust #6 acquired interest in Van Kampen Small Cap Growth - I. The trusts later sold their entire interest in this fund (Nos. 48 & 94).

Item Nos. 47 & 93. Both Trust #5 and Trust #6 acquired interest in New World Fd - F2.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544